# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NH50 | 9747467 | D'Orazio | 4805 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged [X] CFR ☐ USC ☐ State Code |
|---|---|
| 10/18/2024 0825 | 38 CFR 1.218(b)(25) |

Place of Offense: Lot #W2
718 Smyth Rd. Manchester NH 03104

Offense Description: Factual Basis for Charge — HAZMAT ☐

Parking in spaces posted as reserved for Physically Disabled Persons

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Army | Ross | F |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V57148 | NH | | Jeep Limited | | BLK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B [X] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$250.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9747467*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Oct. 18**, 20**24** while exercising my duties as a law enforcement officer in the **50th** District of **NH**

See attached

The foregoing statement is based upon:
[X] my personal observation   [X] my personal investigation
☐ information supplied to me from my fellow officer's observation
[X] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/18/2024   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

Case 1:25-po-00001-TSM    Document 1    Filed 01/03/25    Page 1 of 1
CVB SCAN 11/18/2024 15:17